**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 05-1275**

—————

MELTON SUMMERVILLE,

Plaintiff - Appellant,

versus

LOCAL 77; AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,

Defendants - Appellees.

-------------------

DUKE UNIVERSITY,

Movant.

—————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-03-770-1)

—————

Submitted: August 24, 2005      Decided: September 7, 2005

—————

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Melton Summerville, Appellant Pro Se.  Michael Griffin Okun,
PATTERSON HARKAVY, L.L.P., Raleigh, North Carolina; John David
James, SMITH, JAMES, ROWLETT & COHEN, L.L.P., Greensboro, North
Carolina, for Appellees.  Charles Matthew Keen, OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C., Raleigh, North Carolina, for Movant.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melton Summerville appeals the district court's order accepting the recommendation of the magistrate judge and granting defendants' motion for summary judgment and dismissing his civil action in which he alleged conspiracy and collusion claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Summerville v. Local 77, No. CA-03-770-1 (M.D.N.C. Feb. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED